## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DAVID LEE LEWIS                                                                   PLAINTIFF
ADC #83252

V.                                        NO: 2:10CV00138 JMM

DANNY BURL *et al.*                                                          DEFENDANTS


### <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of October, 2010.


_____
UNITED STATES DISTRICT JUDGE